Fifth Department, October Term, 1886.

Morrison W. Evans, Respondent, v. Clara S. Burton and Another, Appellants, Impleaded, etc.—Order affirmed, with ten dollars costs and disbursements. Opinion by Bradley, J.

James H. McMaster, Respondent, v. Alvin A. Smith, Appellant.—Order affirmed, with costs. Opinion by Haight, J.

Le Roy Rundell and others, Appellants, v. George H. Downing and others, Respondents.—Decree reversed and trial of questions of fact specified in the opinion ordered tried by a jury in the Circuit Court of Cayuga County. Costs of this appeal to the appellants, to be paid out of the estate in case they finally succeed in defeating probate of the will. Opinion by Smith, P. J.

The People of the State of New York, Respondent, v. Charles Kibler, Appellant.—Judgment and conviction affirmed on the authority of *The People, etc.,* v. *Shaffer,* and *The People, etc.,* v. *Mahoney,* decided at last June term.

Adelbert C. Merritt, Appellant, v. Oliver C. Merritt and another, Respondents,.—Judgment affirmed, with costs. Opinion by Haight, J.

Omar Smith, Respondent, v. John B. Clark, as Trustee, etc., of School District No. 3, Town of Starkey, Appellant.—Judgment and order affirmed. Opinion by Barker, J.

John B. Howell, Appellant, v. Anna H. Manwaring, as Executrix, etc., and others, Respondents.—Judgment affirmed, with costs. Opinion by Barker, J.

George H. Phelps, Appellant, v. Lewis Emery, Jr., and others, Respondents. — Judgment affirmed. Opinion by Smith, P. J.; Haight, J., not sitting.

George H. Ball, Appellant, v. The Evening Post Publishing Company, Respondent. — Order affirmed, without costs. Opinion by Bradley, J.; Haight, J., not sitting.

In the Matter of the Petition of the New York, Lackawanna and Western Railway Company, Appellant, for Appointment of Commissioners to Appraise Certain Lands of Lorenzo Schmidt, Respondent. — Order affirmed, with costs.

James Rackham, Appellant, v. Woodworth N. Perry, Respondent. — Order modified by striking therefrom all after and including the words "annulled," to and including the words "enforcing the same," and as so modified affirmed, with leave to Rackham to renew his application to be substituted as plaintiff; ten dollars costs of the appeal to the respondent. Opinion by Barker, J.; Haight, J., not sitting.

Michael Roche, Appellant, v. Kate Roche, Respondent. — Order reversed, with ten dollars costs and disbursements, and the motion to appoint a receiver granted of that portion of the real estate which was, at the date of the motion, rented, but not to include that portion occupied by the plaintiff and defendant as residents. The case is remitted to the Special Term to appoint a proper person receiver and fix the amount of security to be given. Order to be settled by Haight, J.; opinion by Haight, J.

John Breck, Respondent, v. Charles Berrick, Appellant. — Order affirmed, without costs to either party.

Edward J. Kelsey, Respondent, v. James Sargent, Appellant. — Interlocutory judgment affirmed,

and motion for new trial denied, with costs. Opinion by Haight, J.

John McDougal and another, Appellant, v. Mary Nast, Respondent, Impleaded, etc — Judgment affirmed, with costs Opinion by Barker, J.; Bradley, J., not sitting.

Amariah Hammond, Respondent, v. Lester B. Faulkner, Appellant. — Order reversed, with ten dollars costs and disbursements, and the order of the county judge vacated. Childs, J., not sitting.

Frank Lindner, Appellant, v. Richard P. McBride and others, Respondents. Order affirmed, with ten dollars costs and disbursements.

Anna M. Smith v. John Atherton. — Appeal dismissed, with costs on default.

In the Matter of the State Reservation at Niagara. — Appeal by Sarah G. Porter dismissed, with costs on default.

The People of the State of New York v. James Olney.—Appeal dismissed unless case is served within thirty days.

The People of the State of New York v. Lorenzo Dimick.—Motion to send case back for correction denied.

Benjamin F. Tabor v. William N Hoffman.— Motion for reargument denied, and motion for leave to appeal to the Court of Appeals granted.

Mary F. Davis, as Administratrix, etc., v. The Chautauqua Lake Sunday School Assembly.— Motion for leave to appeal to the Court of Appeals denied.

Mary Farwell v. Henry N. Griffin.—Motion to put case upon the calendar and for affirmance of judgment granted on default.

Jacob Jackle v. James Bargy.—Motion to dismiss appeal granted on default.

Byron Alford and another, Respondents, v. Eugene M. Cobb and another, Appellants.— Motion for an order requiring the attorney to restore costs previously paid, denied, without costs.

Eliza Singleton, as Administratrix, etc., v. Alonzo Smith. — Motion for reargument, or for leave to appeal to the Court of Appeals, denied.

Arthur G. Yates, Respondent, v. William H. Heath, Appellant. — Motion to strike cause from calendar, and for judgment of affirmance on the ground that printed papers have not been served on default.

The Rochester City and Brighton Railroad Company, Appellant, v. Rosa Stahley, Respondent. — Motion for reargument denied, without costs. Opinion by Bradley, J.; Angle, J., not voting.

James G. Doty, as Trustee, etc., Plaintiff, v. Joseph Stanton, as Administrator, etc., Defendant.—Motion to strike cause from calendar, and for judgment of affirmance on the ground that printed papers have not been served, granted on default.

In the Matter of Everett Spring, an Attorney.— Ordered that he be removed from the office of attorney and counselor of the Supreme Court and that his name be stricken from the roll as such, and that a copy of this order be served upon him by the district attorney of Erie county.